**Fill in this information to identify your case:**

Debtor 1  Patrick                                    Johnson
          First Name        Middle Name              Last Name

Debtor 2  _____
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the: __NORTHERN__ District of __ILLINOIS__
                                                              (State)
Case Number  17-27211_____
(If known)

[x] Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - [x] No. Go to Part 2.
   - [ ] Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

   **Total claim | Priority amount | Nonpriority amount**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - [x] Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|     |     |     | **Total claim** |
| --- | --- | --- | --- |
| 4.1 | Blue Cross Blue Sheild | Last 4 digits of account number ___ ___ ___ ___ | $ 500.00 |
|     | Creditor's Name |     |     |
|     | 300 East Randolph | When was the debt incurred? _____ |     |
|     | Number   Street |     |     |
|     | _____ | **As of the date you file, the claim is:** Check all that apply. |     |
|     | Chicago         IL    60601 | [ ] Contingent |     |
|     | City         State  Zip Code | [ ] Unliquidated |     |
|     | **Who owes the debt?** Check one. | [ ] Disputed |     |
|     | [x] Debtor 1 only |     |     |
|     | [ ] Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |     |
|     | [ ] Debtor 1 and Debtor 2 only | [ ] Student loans |     |
|     | [ ] At least one of the debtors and another | [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims |     |
|     | [ ] Check if this claim relates to a community debt | [ ] Debts to pension or profit-sharing plans, and other similar debts |     |
|     | **Is the claim subject to offest?** |     |     |
|     | [x] No | [x] Other. Specify   Medical/Dental Services |     |
|     | [ ] Yes |     |     |

Official Form 106E/F    Record #  749364    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1 of 8

Debtor 1  Patrick                                Johnson
         First Name    Middle Name    Last Name                    Case Number (if known) 17-27211

**Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        Total Claim

### 4.2 City of Chicago - EMS
Creditor's Name: City of Chicago - EMS
Address: 33589 Treasury Center, Chicago, IL 60694

Total Claim: $500.00

Who owes the debt? Debtor 1 only

As of the date you file, the claim is: (none checked)

Type of NONPRIORITY unsecured claim: Other. Specify: Medical/Dental Services

Is the claim subject to offset? No

### 4.3 City of Chicago Bureau Parking
Creditor's Name: City of Chicago Bureau Parking
Address: 121 N. LaSalle St, Room 107, Chicago, IL 60602

Total Claim: $1,000.00

Who owes the debt? Debtor 1 only

Type of NONPRIORITY unsecured claim: Other. Specify: Debt Owed

Is the claim subject to offset? No

### 4.4 Dr. Jerome Antony
Creditor's Name: Dr. Jerome Antony
Address: 327 W 76th Street, Chicago, IL 60620

Total Claim: $500.00

Who owes the debt? Debtor 1 only

Type of NONPRIORITY unsecured claim: Other. Specify: ___

Is the claim subject to offset? No

Debtor 1  Patrick                          Johnson                    Case Number (if known)  17-27211
         First Name    Middle Name         Last Name

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   Total Claim

---

**4.5** Equifax                                                                                          $ 0.00
Creditor's Name
PO Box 740241
Number      Street

Atlanta                    GA    30374
City                       State Zip Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  8/1/2017 12:00:00 AM

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.6** Experian                                                                                         $ 0.00
Creditor's Name
PO Box 2002
Number      Street

Allen                      TX    75013
City                       State Zip Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  8/1/2017 12:00:00 AM

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.7** Guaranty Bank                                                                                    $ 1,000.00
Creditor's Name
4000 W. Brown Deer Rd.
Number      Street

Brown Deer                 WI    53209
City                       State Zip Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Personal Loan

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor 1  Patrick _____ Johnson _____  Case Number (if known) 17-27211
         First Name    Middle Name    Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total Claim

---

**4.8**  Hammond Clinic
Creditor's Name
7905 Calumet Ave.
Number   Street

Munster       IN   46321
City          State Zip Code

Last 4 digits of account number ___ ___ ___ ___       $ 500.00

When was the debt incurred?  _____

**Who owes the debt?** Check one.
- [X] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Is the claim subject to offest?
- [X] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [X] Other. Specify  Medical/Dental Service

---

**4.9**  Michelle Nichols c/o Leo Wiggins Jr.
Creditor's Name
77 W. Washington St.,
Number   Street
Ste. 1615

Chicago       IL   60602
City          State Zip Code

Last 4 digits of account number ___ 9334 ___ ___       $ 0.00

When was the debt incurred?  _____

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Is the claim subject to offest?
- [X] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [X] Other. Specify  _____

---

**4.10**  Quest Diagnostics
Creditor's Name
PO Box 740020
Number   Street

Cincinnati    OH   45274
City          State Zip Code

Last 4 digits of account number ___ ___ ___ ___       $ 0.00

When was the debt incurred?  _____

**Who owes the debt?** Check one.
- [X] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Is the claim subject to offest?
- [X] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [X] Other. Specify  Medical/Dental Services

---

Debtor 1: Patrick Johnson  
Case Number (if known): 17-27211

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**4.11** Regional Acceptance CO  
304 Kellm Road  
Virginia Beach, VA 23462  
Last 4 digits of account number: 8701  
When was the debt incurred? 2007-09-29  
Who owes the debt? ☒ Debtor 1 only  
Is the claim subject to offset? ☒ No  
Type of NONPRIORITY unsecured claim: ☒ Other. Specify _____  
Total Claim: $15,808.00

**4.12** T-Mobile  
17000 Dallas Pkwy Ste 20  
Dallas, TX 75248  
Last 4 digits of account number: 1838  
When was the debt incurred? 2017-2017  
Who owes the debt? ☒ Debtor 1 only  
Is the claim subject to offset? ☒ No  
Type of NONPRIORITY unsecured claim: ☒ Other. Specify Collecting for Creditor  
Total Claim: $807.00

**4.13** TCF National Bank  
PO Box 170995  
Milwaukee, WI 53217  
Last 4 digits of account number: ____  
When was the debt incurred? _____  
Who owes the debt? ☒ Debtor 1 only  
Is the claim subject to offset? ☒ No  
Type of NONPRIORITY unsecured claim: ☒ Other. Specify _____  
Total Claim: $250.00

Debtor 1  Patrick _____ Johnson _____   Case Number (if known) __17-27211__
          First Name    Middle Name    Last Name

**Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                     Total Claim

| 4.14 | TitleMax of Dolton | | $ 0.00 |

Creditor's Name: TitleMax of Dolton
933 Sibley Blvd
Number    Street

Dolton    IL    60419
City    State    Zip Code

Last 4 digits of account number ____ ____ ____ ____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.15 | Transunion | | $ 0.00 |

Creditor's Name: Transunion
PO Box 1000
Number    Street

Chester    PA    19022
City    State    Zip Code

Last 4 digits of account number ____ ____ ____ ____
When was the debt incurred?  8/1/2017 12:00:00 AM

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Debtor 1  Patrick _____ Johnson _____  Case Number (if known) 17-27211
First Name   Middle Name   Last Name

### Part 3: List Others to Be Notified for a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Name:** Secretary of State, Bankruptcy Dept.
**Number Street:** 2701 S. Dirksen Pkwy.
**City:** Springfield  **State:** IL  **Zip Code:** 62723

On which entry in Part 1 or Part 2 list the original creditor?
Line __3__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Name:** Arnold Scott Harris PC, Bankruptcy Dept.
**Number Street:** 111 W Jackson Blvd Ste 600
**City:** Chicago  **State:** IL  **Zip Code:** 60604

On which entry in Part 1 or Part 2 list the original creditor?
Line __3__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Name:** Merchants Credit Guide Co., Bankruptcy Dept.
**Number Street:** 223 W. Jackson Blvd., Ste. 900
**City:** Chicago  **State:** IL  **Zip Code:** 60606

On which entry in Part 1 or Part 2 list the original creditor?
Line __8__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Name:** Merchants & Medical Credit, Bankruptcy Dept.
**Number Street:** 6324 Taylor Drive
**City:** Flint  **State:** MI  **Zip Code:** 48507-468

On which entry in Part 1 or Part 2 list the original creditor?
Line __13__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  Patrick _____ Johnson _____    Case Number *(if known)* __17-27211__
        First Name        Middle Name        Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and Certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 20,865.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 20,865.00 |

Official Form 106E/F        Record #  749364        Schedule E/F: Creditors Who Have Unsecured Claims        Page 8 of 8

**Fill in this information to identify your case:**

Debtor 1    Patrick                          Johnson
            First Name      Middle Name      Last Name

Debtor 2    _____
(Spouse if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
                                                              (State)
Case Number   17-27211
(If known)

[x] Check if this is an
    amended filing

# Official Form 106 Dec
## Declaration About an Individual Debtor's Schedules                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

[■] No

[ ] Yes  Name of Person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Patrick Johnson                              X _____
  Signature of Debtor 1                              Signature of Debtor 2

  Date _____                              Date _____
       MM / DD / YYYY                                     MM / DD / YYYY