UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-27211
Patrick Johnson, Sr. )
)  Chapter: 13
)  Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL**

THIS CAUSE coming to be heard on the motion of Crown Mortgage Company, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Crown Mortgage Company its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 351 Riverside Drive, Dolton, IL 60419.

(2) Crown Mortgage Company's request for dismissal is withdrawn.

(3) No further payments are to be disbursed to Crown Mortgage Company on its secured claim.

(4) Rule 4001(a)(3) is waived and Crown Mortgage Company may immediately enforce and implement this order granting relief from the automatic stay.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 25, 2018

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-17-10073)